## (October 29, 1941.)

In the Matter of the Application of GEORGE S. COUNTS, etc., Respondent, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law, against S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, and DAVID MINKOFF, etc., Appellants.— Order, so far as appealed from, unanimously affirmed, without costs, on the ground that the

Special Term properly found sufficient signatures in the petition of the Citizens Non-Partisan Committee. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.